

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-245-052**

**Effective Date of Registration:**
March 30, 2021
**Registration Decision Date:**
April 06, 2021

---

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

### Title
_____

Title of Work: FLASH MOG MINI

### Completion/Publication
_____

Year of Completion: 2013
Date of 1st Publication: February 04, 2013
Nation of 1st Publication: United Kingdom

### Author
_____

- Author: KIM HASKINS
  Author Created: Artwork
  Citizen of: United Kingdom
  Domiciled in: United Kingdom

### Copyright Claimant
_____

Copyright Claimant: KIM HASKINS
35 ST LEONARD'S AVENUE, BEDFORD MK42 ORB, United Kingdom

### Rights and Permissions
_____

Organization Name: LICKERISH
Name: EMMA CARLSEN
Email: emma.carlsen@lickerishltd.com
Telephone: +442073232009
Address: FITZROY HOUSE, 18 ASHWIN STREET
LONDON E8 3DL United Kingdom

# Certification

|  |  |
|---|---|
| **Name:** | Joe G. Naylor, Authorized agent of Author/Owner |
| **Date:** | March 23, 2021 |
| **Applicant's Tracking Number:** | USCO-07365 |

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-130-613**

**Effective Date of Registration:**
September 18, 2018

---

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

### Title
_____

**Title of Work:** SWEETHEART

### Completion/Publication
_____

**Year of Completion:** 2013
**Date of 1st Publication:** January 12, 2014
**Nation of 1st Publication:** United Kingdom

### Author
_____

- **Author:** KIM HASKINS
  **Author Created:** Artwork
  **Citizen of:** United Kingdom
  **Domiciled in:** United Kingdom

### Copyright Claimant
_____

**Copyright Claimant:** KIM HASKINS
35 ST LEONARD'S AVENUE, BEDFORD MK42 ORB, United Kingdom

### Rights and Permissions
_____

**Organization Name:** LICKERISH
**Name:** EMMA CARLSEN
**Email:** emma.carlsen@lickerishltd.com
**Telephone:** +4402073232009
**Address:** 4A TILEYARD STUDIOS, TILEYARD ROAD
LONDON N7 9AH  United Kingdom

### Certification
_____

|  |  |
|---|---|
| **Name:** | Joe G. Naylor, Authorized agent of Author/Owner |
| **Date:** | September 18, 2018 |
| **Applicant's Tracking Number:** | USCO-05301 |

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-236-190

**Effective Date of Registration:**
February 03, 2021
**Registration Decision Date:**
February 05, 2021

---

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

## Title

| | |
|---|---|
| **Title of Work:** | YOU'RE PURRFECT |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | November 22, 2012 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | KIM HASKINS |
| **Author Created:** | Artwork |
| **Citizen of:** | United Kingdom |
| **Domiciled in:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | KIM HASKINS |
| | 35 ST LEONARD'S AVENUE, BEDFORD MK42 0RB, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | LICKERISH LTD |
| **Name:** | EMMA CARLSEN |
| **Email:** | emma.carlsen@lickerishltd.com |
| **Telephone:** | +442073232009 |
| **Address:** | Fitzroy House, 18 ASHWIN STREET LONDON, E8 3DL  United Kingdom |

# Certification

**Name:** Joe G. Naylor, Authorized agent of Author/Owner
**Date:** February 03, 2021
**Applicant's Tracking Number:** USCO-05306

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-416-919

**Effective Date of Registration:**
August 20, 2024
**Registration Decision Date:**
October 09, 2024

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

## Title
_____

**Title of Work:** Purrfect Christmas

## Completion/Publication
_____

**Year of Completion:** 2012
**Date of 1st Publication:** September 28, 2012
**Nation of 1st Publication:** United Kingdom

## Author
_____

- **Author:** KIM HASKINS
  **Author Created:** Artwork
  **Citizen of:** United Kingdom
  **Domiciled in:** United Kingdom

## Copyright Claimant
_____

**Copyright Claimant:** KIM HASKINS
35 St. Leonards Avenue, Bedford, MK42 0RB, United Kingdom

## Rights and Permissions
_____

**Organization Name:** LICKERISH
**Name:** EMMA CARLSEN
**Email:** emma.carlsen@lickerishltd.com
**Telephone:** +442073232009
**Address:** 30733 RUE VALOIS
Palos Verdes, CA 90275  United States

# Certification

**Name:** Joe G. Naylor
**Date:** August 20, 2024
**Applicant's Tracking Number:** USCO-10758

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary H. Tugle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-130-673

**Effective Date of Registration:**
September 18, 2018

---

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

### Title
 

          **Title of Work:**  BIG FLASH MOG

### Completion/Publication
 

          **Year of Completion:**  2013
      **Date of 1st Publication:**  January 06, 2014
   **Nation of 1st Publication:**  United Kingdom

### Author
 

-         **Author:**  KIM HASKINS
    **Author Created:**  Artwork
       **Citizen of:**  United Kingdom
     **Domiciled in:**  United Kingdom

### Copyright Claimant
 

  **Copyright Claimant:**  KIM HASKINS
                    35 ST LEONARD'S AVENUE, BEDFORD MK42 ORB, United Kingdom

### Rights and Permissions
 

  **Organization Name:**  LICKERISH
          **Name:**  EMMA CARLSEN
         **Email:**  emma.carlsen@lickerishltd.com
    **Telephone:**  +4402073232009
      **Address:**  4A TILEYARD STUDIOS, TILEYARD ROAD
                    LONDON N7 9AH  United Kingdom

### Certification

| | |
|---:|:---|
| **Name:** | Joe G. Naylor, Authorized agent of Author/Owner |
| **Date:** | September 18, 2018 |
| **Applicant's Tracking Number:** | USCO-05296 |

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-418-374

**Effective Date of Registration:**
August 20, 2024
**Registration Decision Date:**
October 18, 2024

---

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

## Title
 

       **Title of Work:**  SANTA CAT

## Completion/Publication

      **Year of Completion:**  2018
    **Date of 1st Publication:**  January 30, 2018
  **Nation of 1st Publication:**  United Kingdom

## Author

           **Author:**  KIM HASKINS
     **Author Created:**  Artwork
        **Citizen of:**  United Kingdom
     **Domiciled in:**  United Kingdom

## Copyright Claimant

    **Copyright Claimant:**  KIM HASKINS
          35 St. Leonards Avenue, Bedford, MK42 0RB, United Kingdom

## Rights and Permissions

    **Organization Name:**  LICKERISH
           **Name:**  EMMA CARLSEN
          **Email:**  emma.carlsen@lickerishltd.com
    **Telephone:**  +442073232009
      **Address:**  30733 RUE VALOIS
             Palos Verdes, CA 90275  United States

## Certification

**Name:** Joe G. Naylor
**Date:** August 20, 2024
**Applicant's Tracking Number:** USCO-10760

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-416-973

**Effective Date of Registration:**
August 22, 2024
**Registration Decision Date:**
October 09, 2024

---

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** TWINKLE

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** February 05, 2020
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** KIM HASKINS
  **Author Created:** Artwork
  **Citizen of:** United Kingdom
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** KIM HASKINS
35 St. Leonards Avenue, Bedford, MK42 0RB, United Kingdom

## Rights and Permissions

**Organization Name:** LICKERISH
**Name:** EMMA CARLSEN
**Email:** emma.carlsen@lickerishltd.com
**Telephone:** +442073232009
**Address:** 30733 RUE VALOIS
Palos Verdes, CA 90275  United States

# Certification

**Name:** Joe G. Naylor
**Date:** August 14, 2024
**Applicant's Tracking Number:** USCO-10753

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-120-911

**Effective Date of Registration:**
September 19, 2018

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

## Title
___

**Title of Work:** FRIENDS FUREVER

## Completion/Publication
___

**Year of Completion:** 2012
**Date of 1st Publication:** May 02, 2013
**Nation of 1st Publication:** United Kingdom

## Author
___

- **Author:** KIM HASKINS
  **Author Created:** Artwork
  **Citizen of:** United Kingdom
  **Domiciled in:** United Kingdom

## Copyright Claimant
___

**Copyright Claimant:** KIM HASKINS
35 ST LEONARD'S AVENUE, BEDFORD MK42 ORB, United Kingdom

## Rights and Permissions
___

**Organization Name:** LICKERISH
**Name:** EMMA CARLSEN
**Email:** emma.carlsen@lickerishltd.com
**Telephone:** +4402073232009
**Address:** 4A TILEYARD STUDIOS, TILEYARD ROAD
LONDON N7 9AH  United Kingdom

## Certification
___

| | |
|---|---|
| **Name:** | Joe G. Naylor, Authorized agent of Author/Owner |
| **Date:** | September 18, 2018 |
| **Applicant's Tracking Number:** | USCO-05302 |

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-130-648

**Effective Date of Registration:**
September 18, 2018

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

## Title

| | |
|---|---|
| **Title of Work:** | POMPOM |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | November 01, 2013 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | KIM HASKINS |
| **Author Created:** | Artwork |
| **Citizen of:** | United Kingdom |
| **Domiciled in:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | KIM HASKINS |
| | 35 ST LEONARD'S AVENUE, BEDFORD MK42 ORB, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | LICKERISH |
| **Name:** | EMMA CARLSEN |
| **Email:** | emma.carlsen@lickerishltd.com |
| **Telephone:** | +4402073232009 |
| **Address:** | 4A TILEYARD STUDIOS, TILEYARD ROAD |
| | LONDON N7 9AH  United Kingdom |

## Certification

|  |  |
|---|---|
| **Name:** | Joe G. Naylor, Authorized agent of Author/Owner |
| **Date:** | September 18, 2018 |
| **Applicant's Tracking Number:** | USCO-05295 |

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-120-533

**Effective Date of Registration:**
September 18, 2018

---

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

## Title
| | |
|---|---|
| **Title of Work:** | PURRENTING |

## Completion/Publication
| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | March 01, 2012 |
| **Nation of 1st Publication:** | United Kingdom |

## Author
| | |
|---|---|
| • **Author:** | KIM HASKINS |
| **Author Created:** | Artwork |
| **Citizen of:** | United Kingdom |
| **Domiciled in:** | United Kingdom |

## Copyright Claimant
| | |
|---|---|
| **Copyright Claimant:** | KIM HASKINS |
| | 35 ST LEONARD'S AVENUE, BEDFORD MK42 ORB, United Kingdom |

## Rights and Permissions
| | |
|---|---|
| **Organization Name:** | LICKERISH |
| **Name:** | EMMA CARLSEN |
| **Email:** | emma.carlsen@lickerishltd.com |
| **Telephone:** | +4402073232009 |
| **Address:** | 4A TILEYARD STUDIOS, TILEYARD ROAD LONDON N7 9AH  United Kingdom |

## Certification

| | |
|---:|:---|
| **Name:** | Joe G. Naylor, Authorized agent of Author/Owner |
| **Date**: | September 18, 2018 |
| **Applicant's Tracking Number**: | USCO-05294 |

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tesla*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-130-781

**Effective Date of Registration:**
September 18, 2018

---

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

### Title
_____

**Title of Work:** BUTCH

### Completion/Publication
_____

**Year of Completion:** 2011
**Date of 1st Publication:** October 03, 2011
**Nation of 1st Publication:** United Kingdom

### Author
_____

- **Author:** KIM HASKINS
  **Author Created:** Artwork
  **Citizen of:** United Kingdom
  **Domiciled in:** United Kingdom

### Copyright Claimant
_____

**Copyright Claimant:** KIM HASKINS
35 ST LEONARD'S AVENUE, BEDFORD MK42 0RB, United Kingdom

### Rights and Permissions
_____

**Organization Name:** LICKERISH
**Name:** EMMA CARLSEN
**Email:** emma.carlsen@lickerishltd.com
**Telephone:** +4402073232009
**Address:** 4A TILEYARD STUDIOS, TILEYARD ROAD
LONDON N7 9AH United Kingdom

### Certification
_____

| | |
|---|---|
| **Name:** | Joe G. Naylor, Authorized agent of Author/Owner |
| **Date:** | September 18, 2018 |
| **Applicant's Tracking Number:** | USCO-05300 |

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



