AO 121 (Rev. 06/16)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION | |
|---|---|---|
| | United States District Court, Northern District of Illinois | |
| DOCKET NO.<br>1:26-cv-03076 | DATE FILED<br>3/19/2026 | |
| PLAINTIFF | DEFENDANT | |
| Kim Haskins | The Partnerships and Unincorporated Associations Identified on Schedule A | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  See attached. | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK | |
| 1 | | | |
| 2 | | | |
| 3 | . | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas Bruton | C. Kellens | 6/25/2026 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-245-052

**Effective Date of Registration:**
March 30, 2021
**Registration Decision Date:**
April 06, 2021

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title
 

Title of Work: FLASH MOG MINI

## Completion/Publication
 

Year of Completion: 2013
Date of 1st Publication: February 04, 2013
Nation of 1st Publication: United Kingdom

## Author
 

- Author: KIM HASKINS
  Author Created: Artwork
  Citizen of: United Kingdom
  Domiciled in: United Kingdom

## Copyright Claimant
 

Copyright Claimant: KIM HASKINS
35 ST LEONARD'S AVENUE, BEDFORD MK42 ORB, United Kingdom

## Rights and Permissions
 

Organization Name: LICKERISH
Name: EMMA CARLSEN
Email: emma.carlsen@lickerishltd.com
Telephone: +442073232009
Address: FITZROY HOUSE, 18 ASHWIN STREET
LONDON E8 3DL United Kingdom

## Certification

|  |  |
|---|---|
| **Name:** | Joe G. Naylor, Authorized agent of Author/Owner |
| **Date:** | March 23, 2021 |
| **Applicant's Tracking Number:** | USCO-07365 |

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-130-613

**Effective Date of Registration:**
September 18, 2018

---

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

### Title

**Title of Work:** SWEETHEART

### Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** January 12, 2014
**Nation of 1st Publication:** United Kingdom

### Author

- **Author:** KIM HASKINS
  **Author Created:** Artwork
  **Citizen of:** United Kingdom
  **Domiciled in:** United Kingdom

### Copyright Claimant

**Copyright Claimant:** KIM HASKINS
35 ST LEONARD'S AVENUE, BEDFORD MK42 ORB, United Kingdom

### Rights and Permissions

**Organization Name:** LICKERISH
**Name:** EMMA CARLSEN
**Email:** emma.carlsen@lickerishltd.com
**Telephone:** +4402073232009
**Address:** 4A TILEYARD STUDIOS, TILEYARD ROAD
LONDON N7 9AH United Kingdom

### Certification

Page 1 of 2

**Name:** Joe G. Naylor, Authorized agent of Author/Owner
**Date:** September 18, 2018
**Applicant's Tracking Number:** USCO-05301

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-236-190

**Effective Date of Registration:**
February 03, 2021
**Registration Decision Date:**
February 05, 2021

---

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

## Title
_____

**Title of Work:** YOU'RE PURRFECT

## Completion/Publication
_____

**Year of Completion:** 2012
**Date of 1st Publication:** November 22, 2012
**Nation of 1st Publication:** United Kingdom

## Author
_____

- **Author:** KIM HASKINS
**Author Created:** Artwork
**Citizen of:** United Kingdom
**Domiciled in:** United Kingdom

## Copyright Claimant
_____

**Copyright Claimant:** KIM HASKINS
35 ST LEONARD'S AVENUE, BEDFORD MK42 ORB, United Kingdom

## Rights and Permissions
_____

**Organization Name:** LICKERISH LTD
**Name:** EMMA CARLSEN
**Email:** emma.carlsen@lickerishltd.com
**Telephone:** +442073232009
**Address:** Fitzroy House, 18 ASHWIN STREET
LONDON, E8 3DL United Kingdom

Page 1 of 2

## Certification

|  |  |
|---|---|
| **Name:** | Joe G. Naylor, Authorized agent of Author/Owner |
| **Date:** | February 03, 2021 |
| **Applicant's Tracking Number:** | USCO-05306 |

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-416-919

**Effective Date of Registration:**
August 20, 2024
**Registration Decision Date:**
October 09, 2024

---

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

## Title
**Title of Work:** Purrfect Christmas

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** September 28, 2012
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** KIM HASKINS
  **Author Created:** Artwork
  **Citizen of:** United Kingdom
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** KIM HASKINS
35 St. Leonards Avenue, Bedford, MK42 0RB, United Kingdom

## Rights and Permissions

**Organization Name:** LICKERISH
**Name:** EMMA CARLSEN
**Email:** emma.carlsen@lickerishltd.com
**Telephone:** +442073232009
**Address:** 30733 RUE VALOIS
Palos Verdes, CA 90275 United States

## Certification

|  |  |
|---|---|
| **Name:** | Joe G. Naylor |
| **Date:** | August 20, 2024 |
| **Applicant's Tracking Number:** | USCO-10758 |

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-130-673

**Effective Date of Registration:**
September 18, 2018

---

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

### Title

**Title of Work:** BIG FLASH MOG

### Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** January 06, 2014
**Nation of 1st Publication:** United Kingdom

### Author

- **Author:** KIM HASKINS
  **Author Created:** Artwork
  **Citizen of:** United Kingdom
  **Domiciled in:** United Kingdom

### Copyright Claimant

**Copyright Claimant:** KIM HASKINS
35 ST LEONARD'S AVENUE, BEDFORD MK42 0RB, United Kingdom

### Rights and Permissions

**Organization Name:** LICKERISH
**Name:** EMMA CARLSEN
**Email:** emma.carlsen@lickerishltd.com
**Telephone:** +4402073232009
**Address:** 4A TILEYARD STUDIOS, TILEYARD ROAD
LONDON N7 9AH United Kingdom

### Certification

Page 1 of 2

|  | |
|---|---|
| **Name:** | Joe G. Naylor, Authorized agent of Author/Owner |
| **Date:** | September 18, 2018 |
| **Applicant's Tracking Number:** | USCO-05296 |

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

Page 2 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-418-374

**Effective Date of Registration:**
August 20, 2024
**Registration Decision Date:**
October 18, 2024

---

### Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

## Title

| | |
|---|---|
| **Title of Work:** | SANTA CAT |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | January 30, 2018 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | KIM HASKINS |
| **Author Created:** | Artwork |
| **Citizen of:** | United Kingdom |
| **Domiciled in:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | KIM HASKINS |
| | 35 St. Leonards Avenue, Bedford, MK42 0RB, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | LICKERISH |
| **Name:** | EMMA CARLSEN |
| **Email:** | emma.carlsen@lickerishltd.com |
| **Telephone:** | +442073232009 |
| **Address:** | 30733 RUE VALOIS |
| | Palos Verdes, CA 90275  United States |

## Certification

|  |  |
|---|---|
| **Name:** | Joe G. Naylor |
| **Date:** | August 20, 2024 |
| **Applicant's Tracking Number:** | USCO-10760 |

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-416-973

**Effective Date of Registration:**
August 22, 2024
**Registration Decision Date:**
October 09, 2024

---

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** TWINKLE

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** February 05, 2020
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** KIM HASKINS
  **Author Created:** Artwork
  **Citizen of:** United Kingdom
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** KIM HASKINS
35 St. Leonards Avenue, Bedford, MK42 0RB, United Kingdom

## Rights and Permissions

**Organization Name:** LICKERISH
**Name:** EMMA CARLSEN
**Email:** emma.carlsen@lickerishltd.com
**Telephone:** +442073232009
**Address:** 30733 RUE VALOIS
Palos Verdes, CA 90275 United States

## Certification

|  |  |
|---|---|
| **Name:** | Joe G. Naylor |
| **Date:** | August 14, 2024 |
| **Applicant's Tracking Number:** | USCO-10753 |

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-120-911

**Effective Date of Registration:**
September 19, 2018

---

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

### Title

| | |
|---|---|
| **Title of Work:** | FRIENDS FUREVER |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | May 02, 2013 |
| **Nation of 1st Publication:** | United Kingdom |

### Author

| | |
|---|---|
| • **Author:** | KIM HASKINS |
| **Author Created:** | Artwork |
| **Citizen of:** | United Kingdom |
| **Domiciled in:** | United Kingdom |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | KIM HASKINS |
| | 35 ST LEONARD'S AVENUE, BEDFORD MK42 ORB, United Kingdom |

### Rights and Permissions

| | |
|---|---|
| **Organization Name:** | LICKERISH |
| **Name:** | EMMA CARLSEN |
| **Email:** | emma.carlsen@lickerishltd.com |
| **Telephone:** | +4402073232009 |
| **Address:** | 4A TILEYARD STUDIOS, TILEYARD ROAD LONDON N7 9AH United Kingdom |

### Certification

**Name:** Joe G. Naylor, Authorized agent of Author/Owner
**Date:** September 18, 2018
**Applicant's Tracking Number:** USCO-05302

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-130-648

**Effective Date of Registration:**
September 18, 2018

---

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

### Title
_____

**Title of Work:** POMPOM

### Completion/Publication
_____

**Year of Completion:** 2013
**Date of 1st Publication:** November 01, 2013
**Nation of 1st Publication:** United Kingdom

### Author
_____

- **Author:** KIM HASKINS
  **Author Created:** Artwork
  **Citizen of:** United Kingdom
  **Domiciled in:** United Kingdom

### Copyright Claimant
_____

**Copyright Claimant:** KIM HASKINS
35 ST LEONARD'S AVENUE, BEDFORD MK42 ORB, United Kingdom

### Rights and Permissions
_____

**Organization Name:** LICKERISH
**Name:** EMMA CARLSEN
**Email:** emma.carlsen@lickerishltd.com
**Telephone:** +4402073232009
**Address:** 4A TILEYARD STUDIOS, TILEYARD ROAD
LONDON N7 9AH  United Kingdom

### Certification
_____

Page 1 of 2

**Name:** Joe G. Naylor, Authorized agent of Author/Owner
**Date:** September 18, 2018
**Applicant's Tracking Number:** USCO-05295

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-120-533

**Effective Date of Registration:**
September 18, 2018

---

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

## Title
_____

**Title of Work:** PURRENTING

## Completion/Publication
_____

**Year of Completion:** 2012
**Date of 1st Publication:** March 01, 2012
**Nation of 1st Publication:** United Kingdom

## Author
_____

- **Author:** KIM HASKINS
  **Author Created:** Artwork
  **Citizen of:** United Kingdom
  **Domiciled in:** United Kingdom

## Copyright Claimant
_____

**Copyright Claimant:** KIM HASKINS
35 ST LEONARD'S AVENUE, BEDFORD MK42 ORB, United Kingdom

## Rights and Permissions
_____

**Organization Name:** LICKERISH
**Name:** EMMA CARLSEN
**Email:** emma.carlsen@lickerishltd.com
**Telephone:** +4402073232009
**Address:** 4A TILEYARD STUDIOS, TILEYARD ROAD
LONDON N7 9AH United Kingdom

## Certification
_____

Page 1 of 2

**Name:** Joe G. Naylor, Authorized agent of Author/Owner
**Date:** September 18, 2018
**Applicant's Tracking Number:** USCO-05294

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-130-781

**Effective Date of Registration:**
September 18, 2018

---

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** BUTCH

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** October 03, 2011
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** KIM HASKINS
  **Author Created:** Artwork
  **Citizen of:** United Kingdom
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** KIM HASKINS
35 ST LEONARD'S AVENUE, BEDFORD MK42 0RB, United Kingdom

## Rights and Permissions

**Organization Name:** LICKERISH
**Name:** EMMA CARLSEN
**Email:** emma.carlsen@lickerishltd.com
**Telephone:** +4402073232009
**Address:** 4A TILEYARD STUDIOS, TILEYARD ROAD
LONDON N7 9AH United Kingdom

## Certification

Page 1 of 2

**Name:** Joe G. Naylor, Authorized agent of Author/Owner
**Date:** September 18, 2018
**Applicant's Tracking Number:** USCO-05300

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



Page 2 of 2



**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Kim Haskins

                        Plaintiff,

v.
                                    Case No.:
                                    1:26–cv–03076
                                    Honorable Jeremy C. Daniel

The Partnerships and Unincorporated Associations
Identified on Schedule A

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 24, 2026:

      MINUTE entry before the Honorable Jeremy C. Daniel: Pursuant to the notice of dismissal [13], this case is dismissed without prejudice. Civil case terminated. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.